IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Timothy Chamel Hickson,<br><br>    PETITIONER<br><br>    v.<br><br>United States of America,<br><br>    RESPONDENT | Crim. No. 4:11-cr-00769-TLW<br>C/A No. 4:13-cv-01720-TLW<br><br><br>**Order** |

The parties are directed to file supplemental briefing in this case regarding the impact of the Fourth Circuit's recent *en banc* decision in *Whiteside v. United States*, ___ F.3d ___, 2014 WL 7245453 (4th Cir. 2014) (en banc) on Petitioner's § 2255 motion, ECF No. 74. The Government is directed to file its brief within 30 days of the date of this order. Petitioner is directed to file his response within 30 days of the Government filing its brief. Any reply by the Government is due within 15 days of Petitioner filing his response.

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

January 12, 2015
Columbia, South Carolina

1